:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES M. HAZLETT                                    CIVIL ACTION

    v.

EXPRESS JET AIRLINES,INC., ET AL

            02-4840

### O R D E R

  AND NOW, this 10TH day of DECEMBER, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **DECEMBER 30, 2002** at 9:45AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                                    or     BY THE COURT


BY:  ANGELA J. MICKIE
   Deputy Clerk                          Judge

Civ 12 (9/83)