IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES M. HAZLETT                :      CIVIL ACTION
                                :
         v.                     :
                                :
EXPRESS JET AIRINES, INC., ET AL       NO. 02-4840

SCHEDULING ORDER

AND NOW, to wit, this  2ND  day of JANUARY, 2003, IT IS ORDERED as follows:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by MARCH 31, 2003;

2. All trial exhibits shall be marked and exchanged on or before APRIL 1, 2003;

3. Plaintiff shall identify and submit Curriculum Vitae for all expert witnesses on or before MARCH 31, 2003. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by plaintiff on defendant on or before APRIL 8, 2003;

4. Defendant shall identify and submit Curriculum Vitae for all expert witnesses on or before MARCH 31, 2003.