## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. HAZLETT, | : | CIVIL ACTION |
| Plaintiff, | : | 02-4840 |
| v. | : | |
| EXPRESS JET AIRLINES, INC., et al., | : | |
| Defendants. | : | |

### ORDER

AND NOW, this         day of March, 2003, upon consideration of the Defendant ExpressJet Airlines, Inc.'s unopposed letter Request to extend all discovery deadlines of this Court's Scheduling Order dated January 2, 2003 by three (3) months, it is hereby ORDERED that the letter Request is GRANTED.

The discovery deadlines in this case will be EXTENDED three (3) months from the dates set forth in this Court's Scheduling Order dated January 2, 2003.

IT IS FURTHER ORDERED that there will be no further extensions of time for discovery.

BY THE COURT:

_____
J. CURTIS JOYNER, J.