IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. HAZLETT | : | CIVIL ACTION |
| v. | : | |
| EXPRESS JET AIRLINES, INC. | : | NO. 02-4840 |

<u>O R D E R</u>

**AND NOW,** this       day of  July, 2003, it is hereby **ORDERED** that the above captioned matter is referred to U. S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

                                                         _____
                                                         J. CURTIS JOYNER, J.