UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES M. HAZLETT** : | |
| : | NO. 02-CV-4840 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **EXPRESS JET AIRLINES, INC. et al.** : | |
| : | **JURY TRIAL DEMANDED** |
| Defendants. : | |

## PLAINTIFF S MOTION FOR RECONSIDERATION
### PURSUANT TO FED. R. Civ. P. 59(e)

Plaintiff, Michael James Hazlett ( Mr. Mr. Hazlett ) by and through his undersigned counsel, Bochetto & Lentz, P.C., hereby submits his Motion for Reconsideration pursuant to Fed. R. Civ. P., and in support thereof, incorporates by reference his accompanying memorandum of law, as though fully set forth herein.

Respectfully submitted,

By: _____
    Gavin P. Lentz, Esquire
    Vincent van Laar, Esquire
    **BOCHETTO & LENTZ, P.C.**
    Attorneys for Plaintiff
    1524 Locust Street
    Philadelphia, PA 19102
    (215) 735-3900