## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 2, 2003, a true and correct copy of Plaintiff s Motion for Reconsideration pursuant to Fed. R. Civ. P. 59(e) and accompanying memorandum of law, was served via regular mail upon counsel for Defendants at the following address:

>Ann Thornton Field, Esquire
>Denise H. Houghton, Esquire
>Sarah Anderson Frey, Esquire
>Cozen & O Connor
>1900 Market Street
>Philadelphia, PA 19103

Date: October 2, 2003                                  By:_____
                                                             Vincent van Laar, Esquire