UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. HAZLETT : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO.: 02-CV-4840 |
| EXPRESSJET AIRLINES, INC., : | |
| et, al. : | |
| : | |
| Defendants. : | **JURY TRIAL DEMANDED** |

### ORDER

**AND NOW**, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion for Reconsideration pursuant to Fed. R. Civ. P. 59(e), Defendant's Response thereto, and the record as a whole, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion for Reconsideration is **GRANTED**.

It is further **ORDERED** and **DECREED** that Defendant's Motion for Summary Judgment, which was erroneously granted on the basis that Plaintiff failed to produce any evidence of a violation of the federal standard of care, is now **DENIED**.

It is further **ORDERED** and **DECREED** that the time for filing a Notice of Appeal is tolled during the pendency of this motion.

BY THE COURT:

_____
The Honorable J. Curtis Joyner