# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| **JAMES M. HAZLETT** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO.: 02-CV-4840 |
| **EXPRESSJET AIRLINES, INC.**, | : | |
| **et, al.** | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

_____:

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that James M. Hazlett, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Order entering Summary Judgment on the issue of federal preemption in favor of Defendants, entered on the 22nd day of September, 2003.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By: _____

        Gavin P. Lentz, Esquire
Date: _____
        Attorney for plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, October 21, 2003, a true and correct copy of

Plaintiff's Notice of Appeal, was served via regular mail upon counsel for Defendants at the

following address:

> Ann Thornton Field, Esquire
> Denise H. Houghton, Esquire
> Sarah Anderson Frey, Esquire
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

Date: October 21, 2003                    By:_____
                                                Vincent van Laar, Esquire