IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*James M. Hazlett*

*02-cv-4840*
District Court Docket Number

vs.

*ExpressJet Airlines, Inc., Et. Al.*

Notice of Appeal Filed *10/21/03*
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal  _X_ Paid  __ Not Paid  __ Seaman
    Docket Fee         _X_ Paid  __ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
*Frank Del Campo*
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm