IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JAMES M. HAZLETT
                                  :       CIVIL ACTION
                                  :
        vs.                       :
                                  :       NO. 02-4840
JOHN DOE EXPRESS JET AIRLINES,
INC., ET AL
```

O R D E R

**AND NOW, TO WIT:** This 11TH day of JANUARY, 2005, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**  S/ANGELA J. MICKIE
        ANGELA J. MICKIE
        Deputy Clerk

Civ 2 (7/83)
41.1(b)